# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JACINTO SABARRE TAN AND EVANGELINE Z. SIMBULAN,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>GEICO CASUALTY COMPANY,<br><br>　　　　　　Defendant. | Case No. 2:16-cv-01902-APG-VCF<br><br>**ORDER DIRECTING THE PARTIES TO FILE THE PROPOSED JOINT PRETRIAL ORDER** |

Pursuant to the scheduling order (ECF No. 8), the proposed joint pretrial order was due on April 6, 2017. Nothing was filed and it appears nothing has happened in this case since September 2016.

IT IS THEREFORE ORDERED that the parties shall file the proposed joint pretrial order on or before April 20, 2017.

DATED this 10th day of April, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE